# IN UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:17-cv-1668-LTB-MJW

Julia Gipson,

      Plaintiff/Movant,

Virtuoso Sourcing Group, LLC,

      Defendant.

---

## NOTICE OF SETTLEMENT

---

      NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a stipulation of dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: January 3, 2018

      Respectfully submitted,

      By: ___/s/ Jenny DeFrancisco_____

      Jenny DeFrancisco, Esq.
      CT Bar No.: 432383
      LEMBERG LAW LLC
      43 Danbury Road, 3rd Floor
      Wilton, CT 06897
      Telephone: (203) 653-2250
      Facsimile: (203) 653-3424
      E-mail: jdefrancisco@lemberglaw.com
      *Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

       I hereby certify that on January 3, 2018, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Colorado Electronic Document Filing System (ECF) and that the document is available on the ECF system.

Irvin Borenstein, Esq.
Borenstein & Associates, LLC
7200 South Alton Way, Suite B180
Centennial, Colorado 80112
*Attorney for Defendant*

                            By  */s/ Jenny DeFrancisco*
                                   Jenny DeFrancisco, Esq.