**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 17-cv-01668-LTB-MJW

JULIA GIPSON,

    Plaintiff,

v.

VIRTUOSO SOURCING GROUP, LLC,

    Defendant.

---

**ORDER**

---

    THIS MATTER having come before the Court on the Amended Stipulated Motion for Dismissal With Prejudice (Doc 30 - filed April 11, 2018), and the Court being fully advised in the premises, it is therefore

    ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

    IT IS FURTHER ORDERED that Document 29 is DENIED AS MOOT.

                                                      BY THE COURT:

                                                      s/Lewis T. Babcock
                                                      Lewis T. Babcock, Judge

DATED:  April 12, 2018